IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

ERIC T. IRVAN                                                                                    PLAINTIFF

     v.                              CIVIL NO. 3:22-cv-3054-MEF

KILOLO KIJAKAZI, Acting Commissioner,
Social Security Administration                                                              DEFENDANT

## O R D E R

Plaintiff has submitted a complaint for filing in this district, together with a request for leave to proceed *in forma pauperis* and a motion for service. (ECF Nos. 2, 3). After review, the following order is entered this 27th day of September, 2022:

Plaintiff's motion for leave to proceed *in forma pauperis* and motion for service are hereby granted. Pursuant to the provisions of the Prison Litigation Reform Act, **the Clerk is directed to collect the $402.00 filing fee from the Plaintiff**.

The Court hereby directs that a copy of the complaint, along with a copy of this order, be served by the Plaintiff by certified mail, return receipt requested, on the Defendant, as well as the U.S. Attorney General and the United States Attorney for the Western District of Arkansas, without prepayment of fees and costs or security therefor. The Defendant is ordered to answer within sixty (60) days from the date of service.

IT IS SO ORDERED.

/s/ *Mark E. Ford*
HON. MARK E. FORD
CHIEF UNITED STATES MAGISTRATE JUDGE