IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

ERIC T. IRVAN                                                    PLAINTIFF

    v.                        CIVIL NO. 3:22-cv-03054-MEF

KILOLO KIJAKAZI, Acting Commissioner,
Social Security Administration                                           DEFENDANT

## ORDER OF RECUSAL

This matter is before the Court on the Plaintiff's motion pursuant to 28 U.S.C. § 455(a),[1] which requires a Judge to "disqualify himself in any proceeding in which his impartiality might reasonably be questioned." (ECF No. 12). Upon review of the Plaintiff's motion and the record in the above-designated case, it has been discovered that the undersigned has also been assigned by referral to consider Plaintiff's motion to vacate under 28 U.S.C. § 2255, a matter involving claims of ineffective assistance of counsel related to counsel's alleged failure to address his mental health issues.[2] Those same mental impairments are at issue in the present case. Accordingly, to prevent even the slightest appearance of impropriety, the Plaintiff's Motion to Recuse is GRANTED, and the undersigned judge shall, and hereby does, recuse himself from the above-styled case pursuant to 28 U.S.C. § 455(a).

The Clerk is DIRECTED to reassign this case to the Honorable Barry A. Bryant.

IT IS SO ORDERED this 2nd day of December 2022.

/s/ Mark E. Ford
HON. MARK E. FORD
CHIEF UNITED STATES MAGISTRATE JUDGE

---

[1] The Plaintiff inaccurately cites to 20 C.F.R. § 404.940, which deals with the disqualification of Administrative Law Judges.
[2] *U.S. v. Irvan*, No. 3:19-cr-30004-PKH-MEF (W.D. Ark. May 26, 2022).

1