IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

ERIC IRVAN                                                                    PLAINTIFF

vs.                                     Civil No. 3:22-cv-03054

COMMISSIONER, SOCIAL
SECURITY ADMINISTRATION                                                      DEFENDANT

## JUDGMENT

Comes now the Court in accordance with the Memorandum Opinion entered in the above-

styled case on today's date, and hereby considers, orders, and adjudicates that the decision of the

Commissioner of the Social Security Administration is **AFFIRMED,** and Plaintiff's Complaint is

hereby dismissed with prejudice.

**ENTERED this 13th day of April 2023.**

/s/ *Barry A. Bryant*
HON. BARRY A. BRYANT
UNITED STATES MAGISTRATE JUDGE